FILED
CLERK, U.S. DISTRICT COURT

JUL 23 2008

OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                Plaintiff,  ) CASE NO. CR08-848-2
      v.  )
Lyndon Marlon Baptist  ) ORDER OF DETENTION
                Defendant.  )

## I.

A. (✓)   On motion of the Government in a case allegedly involving:

    1. ( )   a crime of violence.

    2. ( )   an offense with maximum sentence of life imprisonment or death.

    3. (✓)   a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4. ( )   any felony - where the defendant has been convicted of two or more prior offenses described above.

    5. ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.

B. (✓)   On motion by the Government / ( ) on Court's own motion, in a case

allegedly involving:

(✓) On the further allegation by the Government of:

1. (✓) a serious risk that the defendant will flee.
2. (✓) a serious risk that the defendant will:
   a. ( ) obstruct or attempt to obstruct justice.
   b. (✓) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

C. The Government (✓) is/ ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of any person or the community.

## II.

A. (✓) The Court finds that no condition or combination of conditions will reasonably assure:
   1. (✓) the appearance of the defendant as required.
      ( ) and/or
   2. ( ) the safety of any person or the community.

B. ( ) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A. the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B. the weight of evidence against the defendant;

C. the history and characteristics of the defendant; and

D. the nature and seriousness of the danger to any person or to the community.

|     |     |
| --- | --- |
| 1   | IV. |
| 2   | The Court also has considered all the evidence adduced at the hearing and the |
| 3   | arguments and/or statements of counsel, and the Pretrial Services |
| 4   | Report/recommendation. |
| 5   |     |
| 6   | V. |
| 7   | The Court bases the foregoing finding(s) on the following: |
| 8   | A. (✓) As to flight risk: |
| 9   | — Nature of case + criminal history |
| 10  | — Lack of Bail Resources |

B. ( )    As to danger:

VI.

A. ( )    The Court finds that a serious risk exists that the defendant will:

    1. ( ) obstruct or attempt to obstruct justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR-94 (06/07)                                                                                                    Page 3 of 4

| | |
|---|---|
| 1 | B. The Court bases the foregoing finding(s) on the following: |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | VII. |
| 10 | |
| 11 | A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial. |
| 12 | B. IT IS FURTHER ORDERED that the defendant be committed to the custody |
| 13 | of the Attorney General for confinement in a corrections facility separate, to |
| 14 | the extent practicable, from persons awaiting or serving sentences or being |
| 15 | held in custody pending appeal. |
| 16 | C. IT IS FURTHER ORDERED that the defendant be afforded reasonable |
| 17 | opportunity for private consultation with counsel. |
| 18 | D. IT IS FURTHER ORDERED that, on order of a Court of the United States |
| 19 | or on request of any attorney for the Government, the person in charge of the |
| 20 | corrections facility in which the defendant is confined deliver the defendant |
| 21 | to a United States marshal for the purpose of an appearance in connection |
| 22 | with a court proceeding. |
| 23 | |
| 24 | |
| 25 | |
| 26 | DATED: July 23, 2008                                   _____ |
| 27 |                                                        UNITED STATES MAGISTRATE JUDGE |
| 28 | |